
FILED
CHARLOTTE, NC

MAR 0 8 2010

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>DEBRA CLARK, 　　　　　　　)<br>　　　　　Defendant. )  | CIVIL NO. 3:09CV000519-RLV-DCK<br>(Financial Litigation Unit) |

## CONSENT JUDGMENT

THIS CAUSE coming on to be heard before this Court, and it appearing to the Court, and the Court finding as a fact that all matters in controversy set out in the pleadings have been agreed upon by the parties, and that the plaintiff has agreed to accept the principal sum of $58,765.39, plus 9.00% pre-judgment interest, accrued pursuant to the terms in the complaint totaling $23,019.79 as of February 3, 2010, and continuing to accrue until the date of judgment herein at the rate of 9.00% per annum; with interest to accrue from the date of judgment at the determined Treasury post-judgment interest rate computed daily and compounded annually.

Defendant acknowledges that she is truly and justly indebted to the United States in the total amount of $81,785.18 as of February 3, 2010. Interest shall accrue thereon at the determined Treasury post-judgment interest rate computed daily and compounded annually.

The defendant agrees that the Plaintiff will submit this debt to Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the defendant would normally receive may be offset and applied to this debt, which is in addition to any voluntary payment received by the defendant.

NOW, THEREFORE, BY CONSENT, IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff have and recover of the defendant the total amount of $81,785.18 which includes the principal sum of $58,765.39, plus 9.00% pre-judgment interest, accrued pursuant to the terms in the complaint totaling $23,019.79 as of February 3, 2010, and continuing to accrue until the date of judgment herein at the rate of 9.00% per annum; with interest to accrue from the date of judgment at the determined Treasury post-judgment interest rate computed daily and compounded annually.

This the 8th day of March 2010.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE

WE CONSENT:

_____  DATE: 3·2·10
JENNIFER A. YOUNGS
Assistant United States Attorney

_____  DATE: 2-10-10
JOCELYN DAVIS SINGLETARY
Attorney for Defendant

_____  DATE: 2·10·10
DEBRA J. CLARK
Defendant